# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00157 |
| | ) | Judge Trauger |
| KAREN DAVID | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Defendant's Motion to Suppress (Docket No. 21) on Monday, May 12, 2014, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 2nd day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge