Motion GRANTED.
*[signature: Judge Trauger]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:13-00157 |
| ) | Judge Trauger |
| **KAREN DAVID** ) | |

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **Karen David**, by and through her undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the trial of her case from Tuesday, May 13, 2014 at 9:00 a.m., to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. On January 15, 2014, the Court entered an Order setting the case for trial on Tuesday, May 13, 2014 at 9:00 a.m. (Docket Entry 18). Ms. David has been released on her own recognizance without conditions. (Docket Entry 7).

2. Undersigned counsel has filed a *Motion to Suppress Statements* supported by attachments and a separate memorandum of law. (Docket Entries 21 & 22). A hearing on the motion is set for Monday, May 12, 2014 at 1:00 p.m. (Docket Entry 25). A continuance of the trial would permit the Court to conduct the hearing and resolve the motion.

3. Undersigned counsel has two cases that will proceed to trial that are set right around the *David* trial date. On January 10, 2014, U.S. District Judge Kevin H. Sharp reset the trial of *United States of America v. Evans Branch, et al., MDTN Case Number 1:11-00010* for trial on April 29, 2014. The *Branch* case was indicted on December 8, 2011 and has been continued a number of times at the request of co-defendants, undersigned counsel or at the

1