IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00157 |
| | ) | Judge Trauger |
| KAREN DAVID | ) | |

## O R D E R

For the reasons expressed on the record at the close of the evidentiary hearing held on May 12, 2014, the defendant's Motion to Suppress (Docket No. 21) is **GRANTED IN PART**. The motion is **DENIED** as to the evidence seized at both residences searched on October 17, 2008 pursuant to search warrants, but the motion is **GRANTED** as to the defendant's statements made during the lengthy interview conducted by law enforcement of her on that same date.

It is so **ORDERED**.

ENTER this 13th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge