Motion GRANTED for a 30-day extension.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-cr-00157 |
| ) | |
| ) | JUDGE TRAUGER |
| KAREN DAVID ) | |

## GOVERNMENT'S MOTION TO EXTEND TIME
## FOR FILING A NOTICE OF APPEAL
## FROM THE COURT'S ORDER ON SUPPRESSION

Comes now the government and pursuant to Rule 4(b)(1)(B) and 4(b)(4) of the Federal Rules of Appellate Procedure would submit:

On May 12, 2014, the Court advised the parties that defendant's motion to suppress the statements she provided to investigators in this matter, would be granted. Federal appellate rules provide that the government must file a notice of appeal within thirty (30) days of the Court's order thereon. The government has postponed internal collective considerations regarding a potential appeal from that order, based on productive settlement discussions with counsel for defendant. Though the parties anticipate that this matter will be resolved by means of a plea agreement that is acceptable to the Court, the matter has not yet been set for a plea hearing and the government desires to maintain the ability to seek review should the anticipated resolution not be forthcoming.

Federal Appellate Rule 4(b)(4) specifically authorizes the Court to extend the time for filing a notice of appeal, for good cause. The government submits that the foregoing demonstrates good cause and therefore requests that the Court extend the time for the