UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00157 |
| | ) | JUDGE CAMPBELL |
| KAREN DAVID | ) | |

<u>ORDER</u>

The Court held a change of plea hearing in this case on July 1, 2014. The Court accepted the plea of guilty, but reserved decision on whether to approve the Rule 11(c)(1)(C) Plea Agreement for U.S. District Judge Trauger.

The sentencing hearing in this case is set for October 3, 2014, at 11:00 a.m. before Judge Trauger in Courtroom 873.

The Defendant shall remain on her current conditions of release pending further order of the Court. The Defendant shall attend all Court hearings in this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE