UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 12/18/14 at 2:30 p.m.*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:13-00157 |
| | ) | Judge Trauger |
| KAREN DAVID | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **Karen David**, by and through her undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the sentencing hearing in her case from Wednesday, November 26, 2014 at 1:30 p.m., to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. The sentencing hearing in this case is currently scheduled for Wednesday, November 26, 2014 at 1:30 p.m. (Docket Entry 45). Ms. David has been released on her own recognizance without conditions. (Docket Entry 7).

2. Due to the press of handling other matters, undersigned counsel needs additional time to prepare a sentencing memorandum. Additionally, counsel may be traveling on that day for the Thanksgiving holiday.

**WHEREFORE**, based on the foregoing, Defendant Karen David respectfully requests that this Honorable Court enter an Order continuing the sentencing hearing in her case from Wednesday, November 26, 2014 at 1:30 p.m., to a later date convenient to the Court and counsel.

1